PROB 12C
(7/93)

Report Date: May 15, 2012

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Anthony Mines, Sr. | Case Number: 2:04CR00216-001 |
| Address of Offender: | Spokane, WA 99201 |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: April 8, 2005

| | |
|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) |
| Original Sentence: Prison - 104 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Ronald W. Skibbie | Date Supervision Commenced: February 24, 2012 |
| Defense Attorney: Kailey E. Moran | Date Supervision Expires: February 23, 2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Anthony Mines was arrested for city assault on May 10, 2012. According to the police report, the defendant and his girlfriend were arguing at their apartment. When officers contacted the victim, she was reluctant to speak to them and indicated that she was afraid of her boyfriend. The victim told officers that Mr. Mines had threatened to kill her if she called the police, and that he had punched her in the face two times and gave her a bloody lip.

On the same day, later in the evening, police officers returned to the victim's residence and could hear voices coming from inside the apartment. The victim, and Anthony Mines, then left the apartment, at which time Mr. Mines was questioned. Mr. Mines stated that the victim came home intoxicated, however, he was not drinking. He stated that they argued and "she got lippy." He told officers that "it got violent and that it was a case of miscommunication." Mr. Mines stated that they were arguing over the fact that the victim was intoxicated. He stated that they both put their hands on each other. He reported that the victim was hitting him, and that he "back-handed her" one time. He stated that he then left the residence because he did not want to get into trouble, and walked to his cousin's house.

Prob12C
**Re:  Mines, Sr., Anthony**
**May 15, 2012**
**Page 2**

Upon contact with the victim that evening, police reported that she did not appear to be in any fear or upset in any way. She told officers that she was intoxicated the previous evening and may have "blacked out," and does not remember what occurred earlier. She claimed not to remember if the defendant threatened her in any way. She admitted that she probably did hit him a few times before he hit her.

The investigating officer indicated that when he spoke to the victim earlier in the day, she had a slight smell of intoxicants on her person, but she was not highly intoxicated.

Anthony Mines was booked into the Spokane County Jail for city assault-domestic violence.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/15/2012

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

s/Fred Van Sickle

Signature of Judicial Officer

05/15/12

Date