PROB 12B  
(7/93)

Report Date: March 22, 2013

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Anthony Mines, Sr. | Case Number: 2:04CR00216-001 |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Court Judge

| | |
|---|---|
| Date of Original Sentence: April 8, 2005 | Type of Supervision: Supervised Release |
| Original Offense: Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | Date Supervision Commenced: February 7, 2013 |
| Original Sentence:  Prison - 149 Months; TSR - 36 Months | Date Supervision Expires: February 6, 2016 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You shall reside in a residential reentry center (RRC) for a period of up to 180 days.  Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer.  You shall abide by the rules and requirements of the facility.

## CAUSE

Mr. Mines was denied placement at the RRC because there was no available bed space.  Mr. Mines is residing with his girlfriend, and he is looking for employment.  Therefore, it is respectfully recommended that the above special condition be removed.

Mr. Mines has signed the attached waiver of hearing after being advised of his right to a hearing before Your Honor and advice of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/22/2013

s/Anne Sauther

Anne Sauther  
U.S. Probation Officer

Prob 12B
**Re:  Mines, Anthony**
**March 22, 2013**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[x]   The Modification of Conditions as Noted Above
[ ]   Other

s/Fred Van Sickle
_____
Signature of Judicial Officer

March 27, 2013
_____
Date