PROB 12C  
(7/93)

Report Date: March 28, 2013

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Mines, Sr.    Case Number: 2:04CR00216-001

Address of Offender:                 Spokane, Washington  99201

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: April 8, 2005

Original Offense:     Possession of a Stolen Firearm, 18 U.S.C. § 922(j)

Original Sentence:    Prison - 104 Months;           Type of Supervision:  Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  George J.C. Jacobs, III        Date Supervision Commenced: February 7, 2013

Defense Attorney:     Amy H. Rubin                   Date Supervision Expires: February 6, 2016

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On March 27, 2013, the United States Probation Office was contacted by the offender's girlfriend, Amber Strausser. Ms. Strausser indicated that she was assaulted on March 26, 2013, by her live-in boyfriend, Anthony Mines. The police were contacted, and an incident report was filed. According to the police report, Anthony Mines allegedly elbowed the victim in the back and the head. The report alleges that Mr. Mines punched the victim twice in her left leg/thigh as hard as he could. The investigating officer observed the area on her left leg was beginning to swell, and it was starting to turn yellow in color, which indicated the start of a bruise. As the officer was taking the report, he observed the area on the victim's leg continue to swell. The victim also received a broken toe during the incident. The victim told the police that Mr Mines told her that he would send people after her if he goes to jail.

Mr. Mines fled the scene prior to the arrival of the police department. The police report indicates that there is probable cause to arrest Anthony Mines for city assault-domestic violence. The victim was advised to file a restraining order, and to go to the police department to have a picture taken of her bruised leg.

Prob12C
**Re: Mines, Anthony**
**March 28, 2013**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer the allegations contained in this petition.

                                          I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/28/2013

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] Other

s/ Fred Van Sickle

Signature of Judicial Officer

March 28, 2013

Date