PROB 12C
(7/93)

Report Date: June 26, 2013

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Mines, Sr.          Case Number: 2:04CR00216-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: April 8, 2005

| | |
|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 104 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: | February 7, 2013 |
| Defense Attorney: | Colin M. George | Date Supervision Expires: | February 6, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #2**: The offender shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Anthony Mines was arrested on June 23, 2013 for violation of a no-contact order. On June 24, 2013, this officer attempted to contact Mr. Mines at his residence. Located at the residence was A.S. Mr. Mines was told to have no contact with A.S. A.S. informed this officer that Mr. Mines was arrested over the weekend for violation of a no-contact order. A.S. indicated that she had been staying with Mr. Mines for the last 3 weeks. A.S. informed that they were celebrating her 4-year-old daughter's birthday when they got into an argument. A.S. stated that she pounded on the wall for help, and the neighbor came over. A.S. stated Mr. Mines was going to hit the neighbor, and A.S. stepped in between them. The police report indicates that the victim had contacted the police in reference to her fiancé hitting her in the shoulder. |
| 3 | **Standard Condition #9**: The offender shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |

Prob12C
**Re: Mines Sr., Anthony**
**June 26, 2013**
**Page 2**

        **Supporting Evidence**: According to the police report dated June 23, 2013, Mr. Mines and two of his friends were contacted by the police. One of the friends contacted was Jeremy Arnold, a known felon. Mr. Mines was told by this officer on May 29, 2013, that he was not to have future contact with Jeremy Arnold.

4      **Release Order (April 19, 2013) Condition #1:** Offender shall not have contact with the alleged victim in this matter, A.S.

        **Supporting Evidence:** This officer contacted A.S. regarding the pending matter from April 19, 2013, at the offender's residence on June 24, 2013. A.S. indicated that she had been staying at the residence for the last 3 weeks. According to witnesses cited in the police report from June 23, 2013, A.S. has been staying at the residence for the last 3 months.

5      **Release Order (April 19, 2013) Condition #4:** The offender shall change the locks to his current residence in order to eliminate access to the residence by A.S.

        **Supporting Evidence:** This officer contacted A.S. at Anthony Mines' residence on June 24, 2013. A.S. confirmed to this officer that she has a key to Mr. Mines' residence and that Mr. Mines has never changed the locks on his door. This officer spoke with a neighbor that oversees the property who also confirmed that Mr. Mines had not changed the locks at the residence.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   6/26/2013

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[x]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

s/ Fred Van Sickle

Signature of Judicial Officer

6/26/13

Date